**RIMAC MARTIN, P.C.**
Anna M. Martin – CA Bar No. 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

*Attorneys for Defendant*
*LIFE INSURANCE COMPANY OF NORTH AMERICA*


**SPRINGER-SULLIVAN & ROBERTS, LLP**
Cassie Springer-Sullivan – CA Bar No. 221506
css@ssrlawgroup.com
Michelle L. Roberts – CA Bar No. 239092
mlr@ssrlawgroup.com
410-12th Street, Suite 325
Oakland, CA  94607
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

*Attorneys for Plaintiff*
*MATTHEW GUEST*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND / SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW GUEST, | CASE NO. C12-01088 MEJ |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA TO RESPOND TO PLAINTIFF'S COMPLAINT;** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | **[PROPOSED] ORDER** |

1

STIPULATION AND [PROPOSED] ORDER
Case No. C12-01088 MEJ

1  IT IS HEREBY STIPULATED that Defendant LIFE INSURANCE COMPANY OF
2  NORTH AMERICA may have an extension to answer or otherwise respond to Plaintiff's
3  complaint, such that Defendant's response is now due on or before April 23, 2012.
4  Good cause exists because counsel for defendants will be gone the first two weeks of
5  April.  This time is necessary to allow Defendant's time to analyze the relevant documents in this
6  case to prepare a response to the complaint.
7  Pursuant to local rules, this document is being electronically filed through the Court's
8  ECF System.  In this regard, counsel for Defendants hereby attests that (1) the content of this
9  document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has
10  concurred with the filing of this document; and (3) a record supporting this concurrence is
11  available for inspection or production if so ordered.

Respectfully submitted,

**SPRINGER-SULLIVAN & ROBERTS, LLP**

DATED:  April 4, 2012          By:     */S/ Cassie Springer-Sullivan*
                                       CASSIE SPRINGER-SULLIVAN
                                       Attorneys for Plaintiff
                                       MATTHEW GUEST


**RIMAC MARTIN, P.C.**

DATED:  April 4, 2012          By:     */S/ Anna M. Martin*
                                       ANNA M. MARTIN
                                       Attorneys for Defendants
                                       LIFE INSURANCE COMPANY OF NORTH
                                       AMERICA

*[Additional signature(s) on the following page]*

1  Pursuant to stipulation, it is so ordered.

2

3

Dated: __April 12, 2012__   _____

4  Hon. Maria Elena James
   United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

3

STIPULATION AND [PROPOSED] ORDER
Case No. C12-01088 MEJ

28